IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KELLY TARVER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION 08-0716-CG-C |
| GULF LUMBER and SANDY TREWOLLA, | ) ) ) ) |
| Defendants. | ) |

## ORDER

The plaintiff having advised the court on November 3, 2009 that this action has settled, it is **ORDERED, ADJUDGED, and DECREED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE**.  Any party may move for reinstatement within the next thirty (30) days should settlement not be consummated.  No costs shall be taxed.

**DONE and ORDERED** this 4th day of November, 2009.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE